UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEION NATHANIEL CHAMBERS,

    Plaintiff,

v.                                          Case No. 3:25cv8-LC-HTC

CORRECTIONS OFFICER B. M. MOLTER,
CORRECTIONS OFFICER JOHN DOE,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 10, 2025 (ECF No. 6), recommending that Plaintiff's case be dismissed without prejudice because Chambers is a three-striker who must pay the full filing fee and failed to do so. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2.   This case is DISMISSED WITHOUT PREJUDICE because Chambers is a three-striker who failed to pay the full filing fee.

3.   The clerk shall close the file.

**DONE AND ORDERED** this 11th day of Febuary, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv8-LC-HTC